United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FREE FREEHAND CORP. and JABEZ PALMER, on Behalf of Themselves and All Others Similarly Situated, | ) ) ) | Case No.: 11-CV-02174-LHK |
| | ) | ORDER REGARDING ADR PROCESS |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ADOBE SYSTEMS INC., | ) ) | |
| Defendant. | ) ) ) | |

At the November 8, 2011 Case Management Conference, the Court ordered the parties to explore ADR options and to file an ADR stipulation by November 15, 2011.  However, the parties did not explore their ADR options by November 15, 2011, and request leave until after their ADR telephone conference set for December 15, 2011, to file an ADR stipulation.  ECF No. 27. Although the parties failed to explore their ADR options before November 15, 2011, as ordered at the November 8, 2011 Case Management Conference, the Court grants the parties leave to file an ADR stipulation by December 16, 2011.

**IT IS SO ORDERED.**

Dated: November 22, 2011

LUCY H. KOH
United States District Judge

1