1  Robert A. Mittelstaedt #60359
   ramittelstaedt@jonesday.com
2  David C. Kiernan #215335
   dkiernan@jonesday.com
3  Craig A. Huckelbridge #217737
   chuckelbridge@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone: (415) 626-3939
6  Facsimile: (415) 875-5700

7  Attorneys for Defendant
   Adobe Systems Incorporated
8

9              UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| 12 | FREE FREEHAND CORP., JABEZ PALMER, on Behalf of Themselves and All Others Similarly Situated, | **Case No. 5:11-CV-02174-LHK** |
|---|---|---|
| 13 | | |
| 14 | Plaintiffs, | STIPULATION AND **[PROPOSED]** ORDER REGARDING MEDIATION |
| 15 | v. | |
| 16 | ADOBE SYSTEMS INC. | |
| 17 | Defendant. | |

18

19  / / /

20  / / /

21  / / /

22

23

24

25

26

27

28

The parties filed a stipulated order, which was signed by the Court (Doc. 30), agreeing to participate in Court-sponsored mediation with Patrick Jennings, the agreed-upon mediator, on or before March 7, 2012. The parties and the mediator scheduled mediation for February 28, 2012. Due to unforeseen events, February 28 is now unavailable.

The parties hereby stipulate and request that the deadline for mediation be extended to occur on or before March 31, 2012 to allow the mediator, parties and their respective counsel to find an appropriate alternative date.

**IT IS SO STIPULATED.**

Dated: February 26, 2011  JONES DAY

By:/s/ David C. Kiernan
    David C. Kiernan

Attorneys for Adobe Systems Incorporated

Dated: February 26, 2012  BECK & LEE BUSINESS TRIAL LAWYERS

By:/s/ Elizabeth Beck
    Elizabeth Beck

Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 28, 2012

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge