1  Robert A. Mittelstaedt #60359
   ramittelstaedt@jonesday.com
2  David C. Kiernan #215335
   dkiernan@jonesday.com
3  Craig A. Huckelbridge #217737
   chuckelbridge@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone: (415) 626-3939
6  Facsimile: (415) 875-5700

7  Attorneys for Defendant
   Adobe Systems Incorporated
8

9              UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12 | FREE FREEHAND CORP., JABEZ PALMER, on Behalf of Themselves and All Others Similarly Situated, | **Case No. 5:11-CV-02174-LHK**
13 | |
14 | Plaintiffs, | STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING CLASS BRIEFING
15 | v. |
16 | ADOBE SYSTEMS INC. |
17 | Defendant. |

18

19  / / /

20  / / /

21  / / /

22

23

24

25

26

27

28

SFI-728491v1

STIPULATION AND ~~[PROPOSED]~~ ORDER RE CLASS
BRIEFING
Case No. 5:11-cv-02174-LHK

1  On March 22, 2012, the parties attended a mediation for over eight hours. They are
2  continuing discussions with the court-appointed mediator with the hope of resolving the case. In
3  addition, the parties are still exchanging documents and data and scheduling depositions related to
4  class issues.

5  Under the current schedule, plaintiffs' class motion is due on April 5, 2012 with a hearing
6  on May 10, 2012. (Doc. 26.) To allow additional time for the parties and the court-appointed
7  mediator to continue discussions and to allow the parties to complete discovery on class issues,
8  the parties stipulate and request that the class schedule be moved four weeks; specifically,
9  plaintiffs' class motion must be filed by May 3, 2012 to be heard on July 12, 2012 ~~some later~~
10 ~~date that is available for the Court~~. This change will not affect any other dates in the schedule.

**IT IS SO STIPULATED.**

Dated: March 26, 2012                JONES DAY

                                     By:/s/ David C. Kiernan
                                        David C. Kiernan

                                     Attorneys for Adobe Systems Incorporated

Dated: March 26, 2012                BECK & LEE BUSINESS TRIAL
                                     LAWYERS

                                     By:/s/ Jared H. Beck
                                        Jared H. Beck

                                     Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 29, 2012                *Lucy H. Koh*
                                     Hon. Lucy H. Koh
                                     United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Lucy H. Koh*

SFI-728491v1

- 2 -

STIPULATION AND [**PROPOSED**] ORDER RE CLASS
BRIEFING
Case No. 5:11-cv-02174-LHK