Robert A. Mittelstaedt #60359
ramittelstaedt@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Craig A. Huckelbridge #217737
chuckelbridge@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FREE FREEHAND CORP., JABEZ PALMER, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ADOBE SYSTEMS INC.<br><br>　　　　　　　Defendant. | **Case No. 5:11-CV-02174-LHK**<br><br>SECOND STIPULATION AND **[PROPOSED]** ORDER REGARDING CLASS BRIEFING |

/ / /

/ / /

/ / /

Pursuant to the Minute Order and Case Management Order (Doc. 26), as modified by the Stipulation and Order Regarding Class Briefing (Doc. 48), the parties hereby stipulate to the following briefing schedule for class certification, which does not change any of the other case dates: plaintiffs' motion for class certification must be filed by May 17, 2012; any opposition to the motion for class certification must be filed by June 14, 2012; the plaintiffs' reply in support of their motion for class certification must be filed by June 28, 2012. Pursuant to the Stipulation and Order Regarding Class Briefing (Doc. 48), the motion for class certification is to be heard July 12, 2012.

**IT IS SO STIPULATED.**

Dated: April 30, 2012    JONES DAY

By:/s/ David C. Kiernan
    David C. Kiernan

Attorneys for Adobe Systems Incorporated

Dated: April 30, 2012    BECK & LEE BUSINESS TRIAL LAWYERS

By:/s/ Elizabeth Beck
    Elizabeth Beck

Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 1, 2012

*/s/ Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge