| | |
|---|---|
| 1 | Robert A. Mittelstaedt #60359 |
|  | ramittelstaedt@jonesday.com |
| 2 | David C. Kiernan #215335 |
|  | dkiernan@jonesday.com |
| 3 | Craig A. Huckelbridge #217737 |
|  | chuckelbridge@jonesday.com |
| 4 | JONES DAY |
|  | 555 California Street, 26th Floor |
| 5 | San Francisco, CA 94104 |
|  | Telephone: (415) 626-3939 |
| 6 | Facsimile: (415) 875-5700 |
| 7 | Attorneys for Defendant |
|  | Adobe Systems Incorporated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FREE FREEHAND CORP., JABEZ PALMER, on Behalf of Themselves and All Others Similarly Situated, | Case No. 5:11-CV-02174-LHK |
| Plaintiffs, | STIPULATION AND [**PROPOSED**] ORDER VACATING MAY 10, 2012 CASE MANAGEMENT CONFERENCE |
| v. |  |
| ADOBE SYSTEMS INC. | **AS MODIFIED** |
| Defendant. |  |

/ / /

/ / /

/ / /

SFI-732046v1

STIPULATION AND [**PROPOSED**] ORDER
VACATING MAY 10, 2012 CMC
Case No. 5:11-cv-02174-LHK

Pursuant to the Court's March 7, 2012 Minute Order and Case Management Order (Doc. 43), the parties hereby stipulate to vacate the May 10, 2012 case management conference. The July 25, 2012 case management conference remains as set.

**IT IS SO STIPULATED.**

Dated: May 3, 2012					JONES DAY

						By: /s/ David C. Kiernan
						      David C. Kiernan

						Attorneys for Adobe Systems Incorporated

Dated: May 3, 2012					BECK & LEE BUSINESS TRIAL LAWYERS

						By: /s/ Elizabeth Beck
						      Elizabeth Beck

						Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 4, 2012				*Lucy H. Koh*
						Hon. Lucy H. Koh
						United States District Judge

IT IS SO ORDERED
AS MODIFIED
*Lucy H. Koh*
Judge Lucy H. Koh