UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREE FREEHAND CORP. and JABEZ PALMER, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>ADOBE SYSTEMS INC.,<br><br>　　　　　　Defendant. | Case No.: 11-CV-02174-LHK<br><br>ORDER RE BRIEFING SCHEDULE FOR CLASS CERTIFICATION MOTION |

The Court hereby modifies the briefing schedule for Plaintiffs' motion for class certification as follows: Plaintiffs' motion for class certification must be filed by May 24, 2012; any opposition to the motion for class certification must be filed by June 14, 2012; the Plaintiffs' reply in support of their motion for class certification must be filed by June 28, 2012. The motion for class certification is to be heard July 12, 2012, at 1:30 p.m. The Court will not grant any continuances as to the reply date or hearing date.

**IT IS SO ORDERED.**

Dated: May 18, 2011

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge