1    Robert A. Mittelstaedt (State Bar No. 60359)
     ramittelstaedt@jonesday.com
2    Craig A. Waldman (State Bar No. 229943)
     cwaldman@jonesday.com
3    David C. Kiernan (State Bar No. 215335)
     dkiernan@jonesday.com
4    Craig A. Huckelbridge (State Bar No. 217737)
     chuckelbridge@jonesday.com
5    JONES DAY
     555 California Street, 26th Floor
6    San Francisco, CA 94104
     Telephone: (415) 626-3939
7    Facsimile: (415) 875-5700

8    Attorneys for Defendant
     Adobe Systems Inc.

9

10    Jared H. Beck (State Bar No. 233743)
     jared@beckandlee.com
11    Elizabeth Lee Beck (State Bar No. 233742)
     elizabeth@beckandlee.com
12    BECK & LEE TRIAL LAWYERS
     66 West Flagler Street, Suite 1000
13    Miami, FL 33130
     Telephone:  (305) 789-0072
14    Facsimile:  (786) 664-3334

15    Attorneys for Plaintiffs and Proposed Classes

16

17            UNITED STATES DISTRICT COURT

18     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20    FREE FREEHAND CORP., and JABEZ
     PALMER, on Behalf of Themselves and All
21    Others Similarly Situated,

22            Plaintiffs,

23        v.

24    ADOBE SYSTEMS INC.,

25            Defendant.

**Case No. 5:11-CV-02174-LHK**

FOURTH STIPULATION AND
**[~~PROPOSED~~]** ORDER REGARDING
CLASS BRIEFING

26

27

28

Pursuant to the Minute Order and Case Management Order (Doc. 26), as further modified by the Third Stipulation and Order Regarding Class Briefing (Doc. 55), the parties hereby stipulate to extending by seven (7) days the deadline to file plaintiffs' motion for class certification, up to and including May 31, 2012.

IT IS SO STIPULATED.

Dated: May 24, 2012                           JONES DAY


                                              By: /s/ David C. Kiernan
                                                  David C. Kiernan

                                              Attorneys for Adobe Systems Inc.


Dated: May 24, 2012                           BECK & LEE TRIAL LAWYERS


                                              By: /s/ Jared H. Beck
                                                  Jared H. Beck

                                              Attorneys for Plaintiffs


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____ May 25 _____, 2012

                                              Hon. Lucy H. Koh
                                              United States District Judge